# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148754 & (22)

AMY REECE BOLZ,
      Plaintiff-Appellant,

v
                                   SC: 148754
                                   COA: 319535
                                   Washtenaw CC Family Division:
                                   11-001670-DM

JOHN R. BOLZ,
      Defendant-Appellee.

_____/

     On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 18, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2014

Clerk

s0401